UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAMILLE WEAVER,

        Plaintiff,

Case No. 1:09-cv-890

v.

HONORABLE PAUL L. MALONEY

FRONTLINE ASSET
STRATEGIES, LLC, et al.,

        Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Frontline Asset Strategies, LLC has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Frontline Asset Strategies, LLC shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: November 23, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge